Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

Robert J. McKennon – CA State Bar No. 123176
M. Scott Koller – CA State Bar No. 247161
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, CA 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AILEEN L. ARRIETA, | ) Case No. C 09-00033 SC |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER REGARDING STANDARD OF** |
| | ) **REVIEW AND DISCOVERY** |
| WILSON SONSINI GOODRICH & ROSATI P.C. LONG TERM DISABILITY PLAN, | ) |
| Defendant. | ) |

The parties, by and through their counsel of record, hereby stipulate and agree that the *de novo* standard of review applies to Plaintiff Aileen Arrieta's claim for long-term disability benefits. The parties further stipulate and agree not to conduct discovery beyond the claim record, unless the Court instructs a party or the parties to address issues outside the claim record.

STIPULATION & [PROPOSED] ORDER REGARDING
STANDARD OF REVIEW AND DISCOVERY                                                    CASE NO. C09-00033 SC

It is so stipulated.

Dated: April 27, 2009            LEWIS, FEINBERG, LEE,
                                 RENAKER & JACKSON, P.C.

                                 By: _____
                                 Daniel Feinberg
                                 *Attorneys for Plaintiff*

Dated: April 27, 2009            BARGER & WOLIN LLP

                                 By: _____
                                 Robert J. McKennon
                                 *Attorneys for Defendant*

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the Court will review Plaintiff's claim for long-term disability benefits *de novo* and no discovery will be permitted unless the Court instructs a party or the parties to address issues outside the claim record.

IT IS SO ORDERED.

DATED: 4/28, 2009          _____
                           The Honorable Samuel Conti
                           UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION & [PROPOSED] ORDER REGARDING
STANDARD OF REVIEW AND DISCOVERY              CASE NO. C09-00033 SC