Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

Robert J. McKennon – CA State Bar No. 123176
M. Scott Koller – CA State Bar No. 247161
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, CA 92612
Telephone:  (949) 757-2800
Facsimile:  (949) 752-6313

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AILEEN L. ARRIETA, | ) Case No. C 09-00033 SC |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER REGARDING SCHEDULE** |
| vs. | ) **FOR CROSS-MOTIONS FOR** |
| | ) **JUDGMENT UNDER RULE 52** |
| WILSON SONSINI GOODRICH & ROSATI | ) |
| P.C. LONG TERM DISABILITY PLAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

        WHEREAS, at the initial Case Management Conference, the Court scheduled a hearing

on the parties' cross-motions for Judgment under Federal Rule of Civil Procedure 52 for

February 5, 2010;

        WHEREAS, the parties would prefer not to file opening briefs on January 2, 2010;

STIPULATION & [PROPOSED] ORDER REGARDING
STANDARD OF REVIEW AND DISCOVERY                    CASE NO.  C09-00033 SC

1   The parties, by and through their counsel of record, hereby stipulate and agree to brief

2   their cross-motions for Judgment according to the following schedule:

3       1.      Opening briefs:      January 15, 2010

4       2.      Opposition briefs:   January 29, 2010

5       3.      Hearing:             February 19, 2010

6       It is so stipulated.

7

8

9   Dated: June 8, 2009                         LEWIS, FEINBERG, LEE,
                                                RENAKER & JACKSON, P.C.

10

11                                      By:     __/s/_____
                                                Nina Wasow
                                                *Attorneys for Plaintiff*

12

13  Dated: June 8, 2009                         BARGER & WOLIN LLP

14

15                                      By:     ____/s/_____
                                                M. Scott Koller
                                                *Attorneys for Defendant*

16

17

18

19                              [PROPOSED] ORDER

20      Pursuant to the Stipulation above, the parties shall file opening briefs on January 15,

21  2010, and opposition briefs on January 29, 2010.  Hearing on the cross-motions will be held on

22  February 19, 2010, unless the Court determines that no hearing is necessary.

23      IT IS SO ORDERED.

24

25

26  DATED: ___June 9___, 2009           _____
                                        The Honorable Samuel Conti
27                                      UNITED STATES DISTRICT JUDGE

28

---

STIPULATION & [PROPOSED] ORDER REGARDING
STANDARD OF REVIEW AND DISCOVERY                    CASE NO.  C09-00033 SC