Daniel Feinberg – CA State Bar No. 135983
Nina Wasow – CA State Bar No. 242047
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
Email: nwasow@lewisfeinberg.com

*Attorneys for Plaintiff*

Robert J. McKennon – CA State Bar No. 123176
M. Scott Koller – CA State Bar No. 247161
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, CA 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AILEEN L. ARRIETA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILSON SONSINI GOODRICH & ROSATI P.C. LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. C 09-00033 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE** |

The parties, by and through their counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice, and no party shall make an application for attorneys' fees or costs. It is so stipulated.

Dated: November 3, 2009

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By: /s/ Daniel F.
Daniel Feinberg
*Attorneys for Plaintiff*

Dated: November 3, 2009

BARGER & WOLIN LLP

By: /s/
M. Scott Koller
*Attorneys for Defendant*

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the above-captioned action is HEREBY DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____, 2009

_____
The Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE