# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY D. SCHINKEL,<br><br>Defendant. | Case No.:  CR 09-0033 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE SENTENCING** |

This matter was previously set for sentencing on Tuesday, July 6, 2010, at 2:00 p.m. Today, on June 28, 2010, the parties learned for the first time of evidentiary issues that have arisen regarding Mr. Schinkel's sentencing.  The parties plan to meet and confer immediately and complete their own investigation regarding these issues.  Without the parties' agreement, the parties foresee that a fully briefed motion and an evidentiary hearing will be necessary prior to sentencing.  To conserve court resources, the parties respectfully request that they be afforded one last continuance.

The parties stipulate and request that the Court continue the sentencing hearing date in this case until Tuesday, August 3, 2010, at 2:00 p.m.

STIPULATION AND [PROPOSED] ORDER
RE SENTENCING [Case No.: CR 09-0033 WHA]      1

1   This will be the last request to continue to sentencing hearing date.

2   SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 28, 2010                 _____/s/_____
OWEN MARTIKAN
Assistant United States Attorney

Dated: June 28, 2010                 _____/s/_____
EDWIN PRATHER
Attorney for Defendant
JEFFREY D. SCHINKEL

### [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, the sentencing hearing in this case is hereby continued until August 3, 2010, at 2:00 p.m.

IT IS SO ORDERED.

Dated: __July 1, 2010._____        _____
HON. WILLIAM H. ALSUP
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*
*(seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*

STIPULATION AND [PROPOSED] ORDER
RE SENTENCING [Case No.: CR 09-0033 WHA]                              2